### AFFIDAVIT OF ROSARIO A. LaROCCA

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

Before me, the undersigned notary, on this day, personally appeared Rosario A. LaRocca, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

1.   My name is Rosario A. LaRocca.  I am over 21 years of age, have personal knowledge of the facts stated in this affidavit, am competent to give the testimony contained in this affidavit, and swear that the statements contained in this affidavit are true and correct.

2.   I am employed as a Claim Specialist with FCCI Insurance Group.

3.   Plaintiff's Original Petition states that FCCI Insurance Company is a corporation organized under the laws of the State of Texas. That statement is incorrect. FCCI Insurance Company is an insurer organized under the laws of the State of Florida and has its principal place of business in Sarasota, Florida.

FURTHER AFFIANT SAYETH NOT.

_____
Rosario A. LaRocca

SWORN TO and SUBSCRIBED before me, the undersigned authority, on November 17, 2017, to certify which witness my hand and official seal.

PAMELA D MALONE
Notary ID # 125001969
My Commission Expires
July 27, 2020

_____
Notary Public in and for
the State of Texas

AFFIDAVIT OF ROSARIO A. LaROCCA —PAGE 1

2874093v1
10336.046



EXHIBIT

A