UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VIVA FOOD MART, FARAZ INC., | § § § § § § § § § | |
| Plaintiff, | | |
| V. | | CIVIL ACTION NO. 1:17-cv-01099 |
| FCCI INSURANCE COMPANY, | | |
| Defendants. | | |

## INDEX OF STATE COURT DOCUMENTS

The following is an index of all documents identifying each document and the date the document was filed with the Travis County District Clerk in this case:

| Exhibit | Date | Document |
|---|---|---|
| B-1 | | Docket Sheet |
| B-2 | | Plaintiff's Original Petition |
| B-3 | | Civil Case Information Sheet |
| B-4 | | Service Request Form |
| B-5 | | Citation Served on FCC Insurance Company |



EXHIBIT
B

INDEX OF STATE COURT DOCUMENTS - PAGE 1
2874449v1
10336.046